No. 357. UNITED STATES *v.* CONSOLIDATED EDISON CO. OF NEW YORK, INC. C. A. 2d Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice* and *Grant W. Wiprud* for the United States. *James K. Polk, Richard J. Smith, Harold F. Noneman* and *Julius M. Jacobs* for respondent.

No. 376. COMMISSIONER OF INTERNAL REVENUE *v.* LESTER. C. A. 2d Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice* and *C. Guy Tadlock* for petitioner. *Leonard J. Lefkort* for respondent.

No. 133. SOLOMON ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *George Stone* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander* and *Anthony L. Mondello* for the United States.

No. 394. INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Plato E. Papps* and *Bernard Dunau* for petitioners. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Frederick U. Reel* for respondent.

No. 401. LOCAL 1566, INTERNATIONAL LONGSHORE-MEN'S ASSOCIATION, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Standau E. Weinbrecht* for respondent.